```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :
                                         INDICTMENT
     - v. -                         :
                                         07 Cr.
HISHAM A. SALEH,                    :
     a/k/a "Ali,"
GERALD DAVIS,                       :
     a/k/a "G,"
FNU LNU,                            :
     a/k/a "Trip,"
     a/k/a "Triple,"                :

               Defendants.          :

------------------------------------x
```

## COUNT ONE

The Grand Jury charges:

1.  From in or about September of 2006, up to and including in or about March of 2007, in the Southern District of New York and elsewhere, HISHAM A. SALEH, a/k/a "Ali," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, SALEH sold firearms to another individual.

(Title 18, United States Code, Section 922(a)(1)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 6 2007

COUNT TWO

The Grand Jury further charges:

2. On or about October 4, 2006, in the Southern District of New York and elsewhere, HISHAM A. SALEH, a/k/a "Ali," and GERALD DAVIS, a/k/a "G," the defendants, unlawfully, willfully, and knowingly, did receive and possess a firearm as defined in Title 26, United States Code, Section 5845(a)(2), which is not registered to him in the National Firearms Registration and Transfer Record, to wit, SALEH and DAVIS sold a sawed-off double barrel shotgun to another individual.

(Title 26, United States Code, Section 5861(d).)

COUNT THREE

The Grand Jury further charges:

3. From in or about December 2006, up to and including January 31, 2007, in the Southern District of New York and elsewhere, HISHAM A. SALEH, a/k/a "Ali," and FNU LNU, a/k/a "Trip," a/k/a "Triple," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

4. It was a part and an object of said conspiracy that HISHAM A. SALEH, a/k/a "Ali," and FNU LNU, a/k/a "Trip," a/k/a "Triple," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing

a detectable amount of cocaine, and more than 50 grams of mixtures and substances containing a detectable amount of crack cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

5.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about December 15, 2006, in Bronx, New York, HISHAM A. SALEH, a/k/a "Ali," and FNU LNU, a/k/a "Trip," a/k/a "Triple," the defendants, participated in the sale of a quantity of cocaine to another individual.

b.  On or about December 19, 20067, in Bronx, New York, FNU LNU, a/k/a "Trip," the defendant, participated in the sale of a quantity of crack cocaine to another individual.

c.  On or about January 31, 2007, in Bronx, New York, HISHAM A. SALEH, a/k/a "Ali," the defendant, participated in the sale of a quantity of crack cocaine to another individual.

(Title 21, United States Code, Section 846.)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

HISHAM A. SALEH,
a/k/a "Ali,"
GERALD DAVIS,
a/k/a "G,"
FNU LNU,
a/k/a "Trip,"
a/k/a "Triple,"

Defendants.

---

### INDICTMENT

07 Cr.

(18 U.S.C. § 922(a)(1)(A),
21 U.S.C. § 846, and 26 U.S.C. § 5816(d))

_____
MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Katherine N. Brooks*
_____
Foreperson.

---

8/6/07  Indictment filed. A/Ws issued for all defts.
SAH    Case assigned to Judge Baer.

Fox, J.